1   PAMELA E. COGAN (SBN 105089)
    ROPERS, MAJESKI, KOHN & BENTLEY
2   1001 Marshall Street, Suite 300
    Redwood City, CA  94063-2052
3   Telephone:     (650) 364-8200
    Facsimile:     (650) 780-1701
4   Email:         pcogan@rmkb.com

5   Attorneys for Defendant
    LIBERTY LIFE ASSURANCE COMPANY OF
6   BOSTON

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  DEBORAH FREY,                          CASE NO.  C08-04160 SC

12              Plaintiff,                 **STIPULATION AND [PROPOSED]
                                           ORDER FOR DISMISSAL OF ACTION
13  v.                                     WITH PREJUDICE**

14  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON,
15
                Defendant.
16

17      **IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Deborah Frey

18  and defendant Liberty Life Assurance Company of Boston, through their respective counsel of

19  record, that the above-captioned action and all claims alleged therein against Defendant shall be

20  and hereby are dismissed with prejudice; and that each party shall bear its own fees and costs

21  incurred in this action.

22      **IT IS SO STIPULATED.**

23

24

25

26

27

28

RC1/5227122.1/PEC

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT
CASE NO. C08-04160 WDB

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1    Dated:  September 30, 2008                        LAW OFFICES OF P. RANDALL NOAH

2

3                                                      By: _____

4                                                          P. RANDALL NOAH
                                                           Attorneys for Plaintiff
5                                                          DEBORAH FREY

6    Dated:  September 30, 2008                        ROPERS, MAJESKI, KOHN & BENTLEY

7

8                                                      By: _____

9                                                          PAMELA E. COGAN
                                                           JENNIFER A. WILLIAMS
10                                                         Attorneys for Defendant
                                                           LIBERTY LIFE ASSURANCE
11                                                         COMPANY OF BOSTON

12

13

14                                             **<u>ORDER</u>**

15          **IT IS SO ORDERED**.  This action is hereby dismissed with prejudice in its entirety.

16   Each party shall bear its own fees and costs.

17

18   Dated:  ___January 23, 2009_____              _____
                                                         THE HONO[RABLE]  [CONTI]

19

20

21

22

23

24

25

26

27

28

RC1/5227122.1/PEC                                      STIPULATION TO EXTEND TIME TO RESPOND
                                                                                TO COMPLAINT
                                                                       CASE NO. C08-04160 WDB

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City